UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Quad Int'l. Inc.	CIVIL 12-2681 RHK/JJG
    Plaintiff,
vs.

John Doe
    Defendant.

-----------------------------------------

Quad Int'l, Inc.	CIVIL 12-2683 DWF/JSM
    Plaintiff,
vs.

John Doe
    Defendant.

-------------------------------------------------------------------------------------------

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

    Case No. 12-2681 having been assigned to Judge Richard H. Kyle and Magistrate Judge Jeanne J. Graham and Cases No. 12-2683 having later been assigned to Judge Donovan W. Frank and Magistrate Judge Janie S. Mayeron, said matters being related cases,

    IT IS HEREBY ORDERED That Case No. 12-2683 DWF/JSM assigned to Judge Richard H. Kyle and Magistrate Jeanne J. Graham nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order filed December 19, 2008.

    IT IS FINALLY ORDERED That a copy of this order shall be placed in each of the above respective files.

Dated: October 30, 2012                          s/ Richard H. Kyle
                                                                             Judge Richard H. Kyle
                                                                             United States District Court

Dated: October 30, 2012                          s/Donovan W. Frank
                                                                             Judge Donovan W. Frank
                                                                             United States District Court