# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| QUAD INT'L, INC., | |
| Plaintiff, | CASE NO. 0:12-cv-2681 |
| v. | Judge: Hon. Richard H. Kyle |
| JOHN DOE, | Magistrate Judge: Hon. Jeanne J. Graham |
| Defendant. | |

## PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION

Plaintiff Quad Int'l, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses without prejudice all causes of action in the complaint against Defendant John Doe. Defendant John Doe has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

Quad Int'l, Inc.

DATED: March 11, 2013

By:   s/ Michael K. Dugas
   Michael K. Dugas
   Bar No. 0392158
   Attorney for Plaintiff
   Alpha Law Firm LLC
   900 IDS Center
   80 South 8th Street
   Minneapolis, MN 55402
   Telephone: (415) 325–5900
   mkdugas@wefightpiracy.com

1